1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   PEGGY SASSO, Bar #228906
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   RICHARD GARCIA REDONDO

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 1:13-cr-0240 AWI / BAM
                                        )
12                   Plaintiff,         )   STIPULATION TO CONTINUE STATUS
                                        )   CONFERENCE HEARING;
13          v.                          )   ORDER
                                        )
14  RICHARD GARCIA REDONDO,            )
                                        )
15                   Defendant.         )   Date:   October 15, 2013
                                        )   Time:   1:00 p.m.
16  _____    )   Judge: Hon. Barbara A. McAuliffe

17

18          **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

19  Assistant United States Attorney Melanie L. Alsworth, Counsel for Plaintiff, and Assistant Federal

20  Defender Peggy Sasso, Counsel for Defendant Richard Garcia Redondo, that the status conference set for

21  August 12, 2013 at 1:00 p.m. before Judge McAuliffe **may be rescheduled to October 15, 2013 at 1:00**

22  **p.m.**

23          Initial discovery was provided on July 31, 2013.  The requested continuance is necessary to allow

24  for initial defense investigation as well as plea discussions.  The requested continuance will conserve time

25  and resources for both counsel and the court.

26  / / /

27  / / /

28  / / /

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: August 1, 2013                    /s/ *Melanie L. Alsworth*
                                         MELANIE L. ALSWORTH
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

HEATHER E. WILIAMS
Federal Defender

Dated: August 1, 2013                    /s/ *Peggy Sasso*
                                         PEGGY SASSO
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         RICHARD GARCIA REDONDO

**ORDER**

IT IS SO ORDERED.

**Dated:   August 1, 2013**          **/s/ Barbara A. McAuliffe**
                                     UNITED STATES MAGISTRATE JUDGE

2