1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | PEGGY SASSO, Bar #228906
Assistant Federal Defenders
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561
5
   Attorney for Defendant
6 | RICHARD GARCIA-REDONDO

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   )   Case No.  1:13-cr-0240 AWI / BAM
                                )
12 | *Plaintiff,*                )   STIPULATION AND  ORDER CONTINUING
                                )   HEARING
13 | vs.                         )
                                )
14 | RICHARD GARCIA-REDONDO,     )   DATE:  November 18, 2013
                                )   TIME:   10:00 a.m.
15 | *Defendant.*                )   JUDGE: Anthony W. Ishii
                                )
16 | _____    )

17 | **IT IS HEREBY STIPULATED** by and between the parties hereto through their

18 | respective counsel that the second status conference currently set for November 12, 2013 at 1:00

19 | p.m. before Magistrate Judge McAuliffe be vacated, and that it be **continued and rescheduled**

20 | **to Monday, November 18, 2013 at 10:00 a.m. for a change of plea hearing before the**

21 | **Honorable Anthony W. Ishii.**

22 |     The parties have entered into a plea agreement and have agreed to set the matter for a

23 | change of plea November 18, 2013.

24 | ///

25 | ///

26 | ///

27

28

*Garcia-Redondo  Stipulation re change of plea*

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: November 5, 2013 | By: | */s/ Melanie Alsworth*<br>MELANIE ALSWORTH<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: November 5, 2013 | By: | */s/ Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>RICHARD GARCIA-REDONDO |

**O R D E R**

IT IS SO ORDERED.

Dated:  November 5, 2013                       _____
                                                                    SENIOR  DISTRICT  JUDGE

Click here to enter a date.

*/s/*

*Garcia-Redondo  Stipulation re change of plea*