BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD REDONDO,<br><br>Defendants. | CASE NO. 1:13-CR-00240-AWI<br><br>JOINT STIPULATION TO RESCHEDULE SENTENCING HEARING; AND ORDER |

IT IS HEREBY STIPULATED by and between the parties and through their respective attorneys of record that the sentencing hearing in the above-captioned matter now scheduled for January 27, 2014, at 10:00 a.m. may be rescheduled for February 3, 2014 at 10:00 a.m. Additionally, the parties request that the due date for formal objections be extended one week.

IT IS SO STIPULATED.

DATED: January 9, 2014        /s/ Melanie L. Alsworth
                              MELANIE L. ALSWORTH
                              Assistant United States Attorney

DATED: January 9, 2014        /s/ Peggy Sasso
                              PEGGY SASSO
                              Attorney for Defendant Richard Redondo

1

1
ORDER

2  IT IS SO ORDERED.

3  Dated:  January 9, 2014

4  SENIOR DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2