HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226

Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:13-CR-00240-DAD-BAM |
|---|---|
| Plaintiff, | ) **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) |
| RICHARD GARCIA REDONDO, | ) |
| Defendant. | ) |

Defendant, Richard Garcia Redondo, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his Supervised Release.

On February 24, 2014, Mr. Redondo was sentenced to 84 months in custody followed by 36 months of supervised release. He began serving his term of supervised release on July 19, 2019.

Mr. Redondo submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. Therefore, after reviewing Mr. Redondo Financial Affidavit, it is respectfully recommended that counsel.

DATED: December 8, 2020          */s/ Eric V Kersten*
                                 ERIC V. KERSTEN
                                 Assistant Federal Defender
                                 Branch Chief, Fresno Office

## **O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoint counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __December 8, 2020__          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE