HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RICHARD GARCIA REDONDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD GARCIA REDONDO,<br><br>Defendant. | Case No. 1:13-cr-00240-DAD-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:   October 13, 2021<br>Time:  1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Melanie Alsworth, counsel for plaintiff, and Assistant Federal Defender Meghan D. McLoughlin, counsel for Richard Garcia Redondo, that the status conference currently scheduled for October 13, 2021 at 1:00 p.m. may be continued to December 8, 2021, at 1:00 p.m.

Counsel for defendant requests additional time to review discovery and the Petition, conduct further investigation and research, and discuss a potential resolution with the government and United States Probation. The government does not oppose the continuance.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 6, 2021        */s/ Meghan D. McLoughlin*
                             MEGHAN D. McLOUGHLIN
                             Assistant Federal Defender
                             Attorney for Defendant
                             RICHARD GARCIA REDONDO


Date: October 6, 2021        */s/ Melanie Alsworth*
                             MELANIE ALSWORTH
                             Assistant United States Attorney
                             Attorney for Plaintiff


# O R D E R

**IT IS SO ORDERED.** The status conference currently scheduled for October 13, 2021, at 1:00 p.m. is hereby continued to **December 8, 2021, at 2:00 p.m. before the Honorable Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **October 6, 2021**            /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE