HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
RICHARD GARCIA REDONDO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:13-cr-00240-DAD-BAM |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| RICHARD GARCIA REDONDO, | |
| Defendant. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Exhibits A, B, and C to Defendant Richard Redondo's *Sentencing Memorandum*, shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

Dated: **January 4, 2022**

_____
UNITED STATES DISTRICT JUDGE

1