PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:13-CR-00240 ADA-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE |
| RICHARD REDONDO, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Jeremy M. Dobbins, attorney for the defendant, that the status conference hearing on a supervised release violation set for January 23, 2023 before the Honorable Sheila K. Oberto, U.S. Magistrate Judge, be continued to February 22, 2023 at 2:00 pm. Defense needs additional time to review the case and conduct any additional investigation he deems necessary, and the parties request additional time to discuss and consider a proposed resolution.

   **[Remainder of page intentionally left blank.]**

The parties believe that the requested time is sufficient to be in a position to ascertain whether this case will resolve via contested hearing or admission.

Dated:  January 20, 2023

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By    /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: January 20, 2023

/s/ Jeremy M. Dobbins
JEREMY M. DOBBINS
Attorney for Defendant

IT IS SO ORDERED.

*Sheila K. Oberto*
_____
Honorable Sheila K. Oberto
United States Magistrate Court Judge

Dated:     1/20/2023