PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> v. <br><br> RICHARD REDONDO, <br><br>  Defendant. | No. 1:13-CR-00240 ADA-BAM <br><br> **AMENDED** <br> STIPULATION TO CONTINUE STATUS CONFERENCE |

   IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Laurel J. Montoya, Assistant U.S. Attorney and Jeremy M. Dobbins, attorney for the defendant, that the status conference hearing on a supervised release violation set for February 22, 2023 before the Honorable Barbara A. McAuliffe, U.S. Magistrate Judge, be continued to March 16, 2023 at 2:00 pm.  Defense needs additional time to review the case, obtain discovery, and conduct any additional investigation he deems necessary, and the parties request additional time to discuss and consider a proposed resolution.

**[Remainder of page intentionally left blank.]**

1

The parties believe that the requested time is sufficient to be in a position to ascertain whether this case will resolve via contested hearing or admission.

Dated:  February 17, 2023               Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        United States Attorney

                                    By  /s/ Laurel J. Montoya
                                        LAUREL J. MONTOYA
                                        Assistant U.S. Attorney

Dated: February 17, 2023                /s/ Jeremy M. Dobbins
                                        JEREMY M. DOBBINS
                                        Attorney for Defendant

## ORDER

IT IS SO ORDERED that the status conference is continued from February 22, 2023, to **March 16, 2023 at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

Dated:  **February 17, 2023**           /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

2